UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HATIM ABDEL MONGY ABDALA BAKER,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.:  3:26-cv-2935-CAB-SBC

**ORDER TO SHOW CAUSE**

Petitioner Hatim Abdel Mongy Abdala Baker has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  However, Petitioner previously filed a habeas petition where the Court ultimately ordered Respondents to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226.  [*See Abdala Baker v. Gordon*, No. 3:25-CV-3539-CAB-SBC at Doc. Nos. 4, 5.]  Petitioner received a bond hearing on December 31, 2025 where the immigration judge ("IJ") denied bond.  [*Id.* at Doc. No. 8.]  Petitioner then filed an opposition to the bond hearing and, after additional briefing and review, the Court agreed with Respondents that Petitioner "should have exhausted administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision."  [*Id.* at Doc. No. 8 (quoting *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).]

1

Petitioner's counsel is therefore **ORDERED TO SHOW CAUSE** by **May 27, 2026** how this Petition differs from the previous petition, in particular how Petitioner has exhausted his administrative remedies when the appeal of the bond hearing to the BIA is still pending.  [Doc. No. 1 at 8.]

It is **SO ORDERED**.

Dated:  May 21, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2935-CAB-SBC